UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CALVIN HOLMES, JR., | No. C-12-3070 EMC (pr) |
| Plaintiff, | **ORDER OF DISMISSAL WITH LEAVE TO AMEND** |
| v. | |
| KYLE PETERSON; *et al.*, | |
| Defendants. | |

The *pro se* prisoner's civil rights complaint in this action directs the reader to "see attachments" for a statement of Plaintiff's claim. There are no documents attached to the complaint, however. As a result, the complaint fails to state a claim upon which relief may be granted. No later than **November 26, 2012**, Plaintiff must file an amended complaint in which he states his claim(s) against the Defendant(s). In his amended complaint, Plaintiff must be careful to allege facts showing the basis for liability for each defendant. He should not refer to them as a group (*e.g.*, "the Defendants"); rather, he should identify each involved Defendant by name and link each of them to his claim by explaining what each involved Defendant did or failed to do that caused a violation of his constitutional rights. *See Leer v. Murphy*, 844 F.2d 628, 634 (9th Cir. 1988). Failure to file the amended complaint by the deadline will result in the dismissal of the action.

IT IS SO ORDERED.

Dated: November 1, 2012

EDWARD M. CHEN
United States District Judge